# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES WILLIAM SHEDD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-00953-LSC-NAD |
| SUSAN D. ODOM, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On February 8, 2023, the magistrate judge entered a report and recommendation that the court dismiss this action without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. (Doc. 29). The magistrate judge advised the plaintiff of his right to file specific written objections within 14 days. (Doc. 29 at 31-32). On March 3, 2023, the plaintiff filed a motion for extension of time to file objections. (Doc. 30). The magistrate judge granted that motion and allowed the plaintiff until March 22, 2023, to file his objections (Doc. 31). That extension of time has now expired, but the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Therefore, in

accordance with 28 U.S.C. § 1915A(b), the court finds that the action should be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Judgment.

**DONE** and **ORDERED** on March 31, 2023.

_____
L. Scott Coogler
United States District Judge

160704